DOWNER vs. SEXTON, impleaded with others.

Where the allegations of a complaint are not denied, no finding of facts by the court is required.

Where a finding is needed to support a judgment, it is sufficient if the court find generally, that all the allegations of the complaint are true.

APPEAL from the Circuit Court for *Milwaukee* County.

Foreclosure of a mortgage. The complaint stated, among other things, that the defendant *Sexton* and others had or claimed some interest in the mortgaged premises, but that such interest was subsequent to the lien of the plaintiff's mortgage. There was no answer. The court found certain facts specifically, and also found that all the allegations of the complaint were true. Judgment for the plaintiff, foreclosing the rights of all the defendants; from which *Sexton* appealed.

*Jenkins & Hickox*, for appellant.

*J. Downer*, in person.

*By the Court*, PAINE, J. The only point made by the appellant is, that the finding is not sufficient to sustain the judgment, inasmuch as the judgment bars him of all equity of redemption, and yet there is no express finding that his interest was subsequent to this mortgage. There are several good answers to this claim. The first is, that no issue was made on the question: the allegations of the complaint were not denied, and therefore no finding was needed. The next is, that if a finding had been needed, there is a sufficient one, as the court, in addition to the express statement of facts found, said also that all the allegations of the complaint were true.

This appeal was too evidently brought for delay, to justify any fuller notice of the brief.

The judgment is affirmed, with costs and damages.